# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF THE STATE OF TENNESSEE

| | |
|---|---|
| IN RE:<br>Timothy Lynn Steadman & Viorica<br>NMN Steadman,<br><br>DEBTOR | Case No. 11-50902<br><br>(Chapter 7) |

### APPLICATION FOR ORDER DIRECTING PAYMENT
### OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
### 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Bank of America Corporation successor to BAC Home Loans Servicing LP fka Countrywide Home Loans Servicing (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $1,015.88. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Bank of America Corporation successor to BAC Home Loans Servicing LP
fka Countrywide Home Loans Servicing

By: _____
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

## CERTIFICATE OF MAILING

I hereby certify that on June 5, 2014 I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
220 West Depot Street
Greeneville, TN 37743

_____
Greg Griffith

# American Property Locators, Inc.

3855 South Boulevard, Suite 200
Edmond, OK  73013
www.apl-inc.com

Fax (405) 340-5968
E-Mail:  ggriffith@apl-inc.com

(800) 730-4343 ext 15
(405) 340-4900 ext 15

June 5, 2014

**VIA PRIORITY MAIL**

U.S. Bankruptcy Court
220 West Depot Street, Suite 218
Greeneville, TN  37743-4924
Attn:  Kim Easterly

Re:   EASTERN DISTRICT OF TENNESSEE APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT

Dear Ms. Easterly:

Enclosed is an Application for order Directing Payment of Funds to Creditor/Claimant relating to the following matter:

| | |
|---|---|
| Case No: | 11-50902 |
| Debtor: | Timothy Lynn Steadman   & Viorica NMN Steadman |
| Creditor/Claimant: | Bank of America Corporation successor to BAC Home Loans Servicing   LP fka Countrywide Home Loans Servicing |
| Amount: | $1,015.88 |

Thank you for your assistance in this matter.

Sincerely,

Greg Griffith

GMG/hen
Enclosures