# LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I,

**Lady-Zoe G. Horace, AVP; Recovery Officer of Bank of America Corporation ("Bank of America")**, acting on behalf of Bank of America hereby appoint **Greg Griffith of American Property Locators, Inc.**, in the person of one of its principal officers, as Bank of America's lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds of:

**BAC Home Loans Servicing LP fka Countrywide Home Loans Servicing in the amount of $1,015.88**

held by the United States, by a state, or by an agency or instrumentality of either, hereby revoking all previous powers of attorney in this regard to whomever granted.

Bank of America further grants the attorney authority to do whatever is necessary and proper to recover the aforementioned unclaimed funds only, as fully as it might or could do if acting through its own officers or agents, hereby confirming all that the attorney shall lawfully do or cause to be done(including the endorsement of any instrument of payment on behalf of Bank of America). Nevertheless, the attorney shall have no authority to incur any financial obligation or to make any expenditure on behalf of Bank of America, other than an expenditure payable from any sums recovered by virtue of the attorney's actions.

In construing this instrument where the context so requires, the singular includes the plural. This Power of Attorney shall expire 180 days from the date hereof or upon collection of the aforementioned unclaimed funds, if earlier, unless otherwise extended by an amendment which is attached hereto. Bank of America authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

Signed this 20th day of May, 2014.

**Bank of America Corporation**

_____
Lady-Zoe G. Horace
AVP; Recovery Officer

Federal Taxpayer ID 94-1687665


State of Rhode Island   County of Providence   Date: May 20th, 2014.

The above-named Lady-Zoe G. Horace, known to me to be the individual described in [and holding the position designated in] the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.
                                              Before me: Michael William Iafrate
                                                         Notary Public

(Notary Seal)                My commission expires: April 14 2018

```
MICHAEL WILLIAM IAFRATE
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES APR. 14, 2018
```



Lady-Zoe G. Horace

AVP, Recovery Officer

Bank of America
RI1-121-01-30, 125 Dupont Drive
Providence, RI 02907
T 401.865.7125   F 401.865.7685
lady-zoe.g.horace@bankofamerica.com



## AFFIDAVIT OF CLAIMANT
### Access to Claimant's Corporate Seal

**BE IT ACKNOWLEDGED**, that I, Lady-Zoe G. Horace, the undersigned deponent, being of legal age, do hereby depose and say under the penalties of perjury as follows:

That I, Lady-Zoe G. Horace, am the AVP; Recovery Officer of Bank of America. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of Bank of America and its subsidiaries/acquisitions or affiliates. Bank of America and its subsidiaries/acquisitions or affiliates handle recoveries and/or collections of outstanding checks and receivables through its Charlotte, NC and Providence, RI office. However, I do not have readily access to the Bank of America corporate seal. For this reason, it is overly burdensome and, in some cases, may be impossible to provide a corporate seal impression on the documents enclosed in this application/motion. Bank of America hereby says under oath that the corporate seal for this Corporation is unavailable.

I affirm that the foregoing is true under penalties of perjury this 16th day of May, 2014.

By: _R3HA_
Lady-Zoe G. Horace, AVP; Recovery Officer
Bank of America
AP Recovery Solutions
Bank of America
125 Dupont Drive/RI1 121 01 30
Providence, RI 02907

---

### ACKNOWLEDGMENT

STATE OF R I )
COUNTY OF Providence )

Before me, the undersigned a Notary Public, in and for said County and State on this 16 day of May, 2014, personally appeared Lady-Zoe Horace to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its corporate officer and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
April 14 2018

Notary: Michael William Iafrate

MICHAEL WILLIAM IAFRATE
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES APR. 14, 2018

## AFFIDAVIT OF CLAIMANT
### Access to Claimant's Corporate Seal

**BE IT ACKNOWLEDGED**, that I, Lady-Zoe G. Horace, the undersigned deponent, being of legal age, do hereby depose and say under the penalties of perjury as follows:

That I, Lady-Zoe G. Horace, am the AVP; Recovery Officer of Countrywide Home Loans. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of Countrywide Home Loans and its subsidiaries/acquisitions or affiliates. Countrywide Home Loans and its subsidiaries/acquisitions or affiliates handle recoveries and/or collections of outstanding checks and receivables through its Charlotte, NC and Providence, RI office. However, I do not have readily access to the Countrywide Home Loans corporate seal. For this reason, it is overly burdensome and, in some cases, may be impossible to provide a corporate seal impression on the documents enclosed in this application/motion. Countrywide Home Loans hereby says under oath that the corporate seal for this Corporation is unavailable.

I affirm that the foregoing is true under penalties of perjury this 16th day of May, 2014.

By: _____
Lady-Zoe G. Horace, AVP; Recovery Officer
Countrywide Home Loans
125 Dupont Drive/RI1 121 01 30
Providence, RI  02907

---

### ACKNOWLEDGMENT

STATE OF R I           )
COUNTY OF Providence

Before me, the undersigned a Notary Public, in and for said County and State on this 16 day of May, 2014, personally appeared Lady-Zoe Horace to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its Corporate Officer and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
April 14 2018

Notary- _____

```
MICHAEL WILLIAM IAFRATE
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES APR. 14, 2018
```